UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADAM LEVINE,<br><br>　　　　　　　　　　　Plaintiff,<br><br>-against-<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR INDYMAC INDX MORTGAGE LOAN TRUST 2004-AR15, MORTGAGE PASSTHROUGH CERTIFICATES, SERIES 2004-ARI 5; KHARDEEN SHILLINFORD; HINSHAW & CULBERTSON LLP; NEW YORK SUPERIROR COURT; PAUL I. MARX; VITOR G. GROSSMAN; DEBRA MCCLAY; MICHAEL C. BARLOTTI; STATE OF NEW YORK,<br><br>　　　　　　　　　　　Defendants. | 18-CV-4974 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued May 11, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii), (iii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:　May 11, 2021
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　/s/Laura Taylor Swain
　　　　　　　　　　　　　　　　　　　　　　　　LAURA TAYLOR SWAIN
　　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge